UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOISES LOUINIS, | ) | Case No. 2:22-cv-06398-FMO-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF |
| BRYAN BIRKHOLZ, | ) | UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") and accompanying documents, respondent's Motion to Dismiss the Petition ("Motion to Dismiss") and all documents submitted by the parties in connection therewith, and all of the records herein, including the June 29, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). No objections have been filed. The Court approves and accepts the Report and Recommendation.

///

///

///

IT IS HEREBY ORDERED:  (1) the Motion to Dismiss is granted to the extent it seeks dismissal of the Petition and this action because petitioner's claim is not a cognizable basis for habeas jurisdiction; (2) the Petition and this action are dismissed without prejudice; and (3) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 3, 2023

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE