JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES LOUINIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRYAN BIRKHOLZ,<br><br>　　　　　Respondent. | Case No. 2:22-cv-06398-FMO-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, and that no objections have been filed,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: August 3, 2023

　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE